No. 813. LEWIS *v.* LOUISIANA. April 28, 1941. 312 U. S. 705.

No. 729, October Term, 1939. GOLDSMITH *v.* UNITED STATES. May 5, 1941. The motion for leave to file a second petition for rehearing is denied. 310 U. S. 657.

No. 810. CONSOLIDATED FREIGHTWAYS, INC. *v.* RAILROAD COMMISSION OF CALIFORNIA. May 5, 1941.

No. 896, October Term, 1939. McCAMPBELL *v.* WARRICH CORPORATION ET AL. May 26, 1941. Motion for leave to file a second petition for rehearing denied. 310 U. S. 631.

No. 776. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NEBRASKA BRIDGE SUPPLY & LUMBER CO. May 26, 1941. Motion for leave to file a second petition for rehearing denied.

No. —. EX PARTE CECIL L. SNYDER. May 26, 1941. 312 U. S. 663.

No. 523. CRYSTAL CITY GLASS WORKERS' UNION *v.* NATIONAL LABOR RELATIONS BOARD. May 26, 1941. *Ante,* p. 146.

No. 658. SKIRIOTES *v.* FLORIDA. May 26, 1941. *Ante,* p. 69.

No. 816. KALB *v.* FEUERSTEIN ET UX. May 26, 1941.